15351.   JOINER *v.* BENNETT, superintendent, etc.

STEPHENS, J. This case is controlled by the decision of this court in *Brinson* v. *Tennessee Chemical Co.,* 32 *Ga. App.* 456 (123 S. E. 731).

*Judgment affirmed.* *Jenkins, P. J., and Bell, J., concur.*

DECIDED JULY 14, 1924.

Complaint; from city court of Millen—Judge Woodrum. December 21, 1923.

*A. S. Anderson,* for plaintiff in error.

*G. C. Dekle, Hull & Barrett,* contra.